■ THE PEOPLE OF STATE OF NEW YORK ex rel. KEVIN L. HATZMAN, Appellant, v MARY HOTALING, F.P.O., EXECUTIVE DEPARTMENT, et al., Respondents. [773 NYS2d 663]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Peter E. Corning, A.J.), entered February 24, 2003 in a proceeding pursuant to CPLR article 70. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see People ex*

*rel. Kendricks v Smith*, 52 AD2d 1090 [1976]). Present—Pine, J.P., Wisner, Scudder, Kehoe and Lawton, JJ.